# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YOLANDA TURNER on behalf of herself and all others similarly situated,**

     **Plaintiff**

**v.**                   **CASE NO.:  6:21-cv-0161-Orl-41GJK**

**ROSEN HOTELS AND RESORTS, INC.,**

     **Defendant.**

_____/

## NOTICE OF MEDIATION

Plaintiff, YOLANDA TURNER, hereby notifies the Court that mediation has been scheduled with Carlos Burruezo at Burruezo & Burruezo LLLP, 911 Outer Road, Orlando (Baldwin Park), Florida 32814 to take place via Zoom on **March 22, 2022 at 9:30 a.m.**

Dated this 20th day of January, 2022.

          Respectfully submitted,

          */s/ Brandon J. Hill*
          **LUIS A. CABASSA**
          Florida Bar Number: 0053643
          **BRANDON J. HILL**
          Florida Bar Number: 0037061
          **WENZEL FENTON CABASSA, P.A.**
          1110 N. Florida Avenue, Suite 300
          Tampa, Florida 33602
          Main Number: 813-224-0431
          Direct Dial: (813) 379-2565

Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhilll@wfclaw.com
Email: gnichols@wfclaw.com

**STUART J. MILLER**
**JOHNATHAN MILLER**
**LANKENAU & MILLER, LLP**
100 Church Street, 8th Floor
New York, NY 10007
Main No.: (212) 581-5005
Facsimile: (212) 581-2122
Email: stuart@lankmill.com
Email: jon@lankmill.com

**MARY E. OLSEN**
**M. VANCE MCCRARY**
**THE GARDNER FIRM, PC**
182 St. Francis Street, Suite 103
Mobile, AL 36602
Main No.: (251) 433-8100
Facsimile: (251) 433-8181
Email: molsen@thegardnerfirm.com
Emailvmccrary@thegardnerfirm.com

**Attorneys for Plaintiffs**

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 20th day of January, 2022, the foregoing

was electronically filed with the Clerk of the Court via the CM/ECF system, which

will send a notice of electronic filing to:

Aaron L. Zandy, Esq.
Bret C.  Yaw, Esq.
Ford Harrison, LLP
300 South Orange Avenue, Suite 1300
Orlando, FL 32801
Email:  azandy@fordharrison.com
Email:  byaw@fordharrison.com
Email:  dspencer@fordharrison.com

*/s/ Brandon J. Hill*
**BRANDON J. HILL**

3