**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YOLANDA TURNER,**

 **CASE NO.: 6:21-CV-161-CEM-GJK**

**Plaintiff,**

**v.**

**ROSEN HOTELS AND RESORTS, INC.**

**Defendant.**
_____/

**MEDIATION REPORT**

A mediation conference was held on March 22nd, 2022, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each    possessed the requisite authority:

  __X__   All individual parties and their respective trial counsel.
  __X__   Designated corporate representatives.
  ____    Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____
_____
_____

(c)    The outcome of the mediation conference was:

  __X__   The case has been completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____

____    <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

____    The parties have reached an impasse.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 24th, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will generate a notice of electronic filing to counsel of record.

/s/ *Carlos J. Burruezo, Esq.*

CARLOS J. BURRUEZO, ESQ.
BURRUEZO & BURRUEZO, PLLC
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
911 Outer Road
Orlando, Florida 32814
Telephone: 407.754.2904
Facsimile: 407.754.2905

4837-9400-4208, v. 1