UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YOLANDA TURNER,**

**Plaintiff,**

**v.** **Case No. 6:21-cv-161-CEM-GJK**

**ROSEN HOTELS AND RESORTS, INC.,**

**Defendant.**
___________________________________/

# ORDER

THIS CAUSE is before the Court on the Mediation Report (Doc. 40), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 28, 2022.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record