# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

YOLANDA TURNER ON BEHALF
OF HERSELF AND ALL OTHERS
SIMILARLY SITUATED,

      Plaintiff,

v.                                                    Case No. 6:21-CV-00161-CEM-GJK

ROSEN HOTELS AND RESORTS,
INC.,

      Defendant.

_____

**JOINT MOTION FOR ORDER (1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT; (2) APPROVING FORM AND MANNER OF NOTICE TO THE SETTLEMENT CLASS; (3) SCHEDULING A FINAL FAIRNESS HEARING FOR THE FINAL CONSIDERATION AND APPROVAL OF THE SETTLEMENT AGREEMENT AND (4) FINALLY APPROVING THE SETTLEMENT AGREEMENT**

Yolanda Turner ("Class Representative"), on behalf of herself and on behalf of the individuals named on Schedule 1 to the proposed Settlement Agreement (the "Proposed Class") on the one hand, and Rosen Hotels and Resorts, Inc. ("Defendant") on the other hand, sometimes collectively referred to herein as the "Parties," by and through their respective counsel of record, submit this Joint Motion for an Order (1) Preliminarily Approving the Settlement Agreement between the Parties; (2) Approving the Form and Manner of Notice to the Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion").

In support of this Joint Motion, the Parties submit a memorandum of law and the exhibits, thereto.

Dated:  April 28, 2022

Respectfully submitted,

 */s/ Mary E. Olsen* _____

**THE GARDNER FIRM, PC**
Mary E. Olsen (OLSEM4818) (phv granted)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

**WENZEL FENTON CABASSA, P.A.**
Brandon J. Hill
Florida Bar Number: 37061
Direct No.: 813-337-7992
LUIS A. CABASSA
Florida Bar Number: 053643
Direct No.: 813-379-2565
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
100 Church Street, 8ᵗʰ Floor
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

*Attorneys For The Class Representative And The Class*

***And***

*/s/ Aaron L. Zandy* _____

**FORD & HARRISON LLP**
Aaron L. Zandy

2

Florida Bar No. 0125271
Email:  azandy@fordharrison.com
300 South Orange Avenue
Suite 1300
Orlando, FL  32801
(407) 418-2300  Telephone


**FORD & HARRISON LLP**
Shane T. Munoz
Florida Bar No.
Email:  smunoz@fordharrison.com
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602
(813) 261-7803  Telephone

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will notify all counsel of record.

 /s/ Mary E. Olsen

WSACTIVELLP:13066622.1