# **EXHIBIT E**

# **FINAL APPROVAL ORDER**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YOLANDA TURNER ON BEHALF
OF HERSELF AND ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.                                    Case No. 6:21-CV-00161-CEM-GJK

ROSEN HOTELS AND RESORTS,
INC.,

    Defendant.
_____

**[PROPOSED] FINAL ORDER PURSUANT TO FED. R. CIV. P. 23 APPROVING SETTLEMENT AGREEMENT BETWEEN THE PARTIES AND GRANTING RELATED RELIEF**

The Court has considered the joint motion of Yolanda Turner ("Class Representative"), on behalf of herself and on behalf of the individuals named on Schedule 1 to the proposed Settlement Agreement on the one hand, and Rosen Hotels and Resorts, Inc. ("Defendant") on the other hand, sometimes collectively referred to herein as the "Parties," by and through their respective counsel of record, for an Order (1) Preliminarily Approving the Settlement Agreement between the Parties; (2) Approving the Form and Manner of Notice to the Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion").

The Court finds:

    A.    The Court entered an Order on _____, granting preliminary approval of the proposed Settlement Agreement and approving the form and manner of notice of the proposed

3

Settlement Agreement and the deadline for opt-outs or objections, to be given to the individuals named on Schedule 1 to the proposed Settlement Agreement;

  B. Due notice has been given, to the individuals named on Schedule 1 to the proposed Settlement Agreement, of the proposed Settlement Agreement, the right to opt-out of the Class or object to the proposed Settlement Agreement and the right to appear in person or by counsel at the fairness hearing; and no other and further notice is required and such notice is deemed proper and sufficient under the circumstances;

  C. ___ individuals timely submitted an Opt-out form, in accordance with the Court approved opt-out process. The names of the individuals who timely submitted an Opt-out form are: _____. Having opted out, those individuals are not members of the Class;

  D. ___ individuals provided timely notice of objections to the Settlement;

  E. The Court held a fairness hearing on _____, to consider final approval of the Settlement Agreement;

  F. The terms of the Settlement Agreement are fair, reasonable and adequate under Federal Rule of Civil Procedure 23 and the law of this Circuit;

  G. The Settlement Agreement was negotiated at arms' length and in good faith, is fair, equitable and in the best interests of the parties, including the members of the Class;

  H. Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

  IT IS HEREBY ORDERED THAT:

  1. The Joint Motion is granted and the proposed Settlement Agreement, attached to the Joint Motion, is APPROVED as fair and reasonable. The parties are authorized to implement its terms.

2. All Class members (as defined by the Court's Order of \_\_\_\_, 2022 (Doc. \_\_), which excludes those who filed a timely Opt-out form in accordance with the Court approved opt-out process, and who are expressly named above) are bound by this Order and the terms of the Settlement Agreement.

3. Approval of the Settlement Agreement by this Court, combined with payment by Defendant to the Settlement Administrator of the Gross Settlement Fund and the Employer Portions under the Settlement Agreement, shall operate as a release of the Released Claims, as defined in the Settlement Agreement, against the Released Parties by all Class members.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:

_____
HON. CARLOS E. MENDOZA
UNITED STATES DISTRICT COURT JUDGE

WSACTIVELLP:13066570.1