# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

YOLANDA TURNER ON BEHALF OF
HERSELF AND ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.                                      Case No. 6:21-cv-00161-CEM-GJK

ROSEN HOTELS AND RESORTS,
INC.,

    Defendant.
_____

## NOTICE OF NON-OBJECTION TO REPORT AND RECOMMENDATION

    Plaintiff, Yolanda Turner, respectfully files this notice informing the Court that there were no objections to the June 15, 2022 Report and Recommendation (Doc. 46) concerning the parties' Joint Motion For Order (1) Preliminarily Approving Settlement Agreement; (2) Approving Form And Manner Of Notice To The Settlement Class; (3) Scheduling A Final Fairness Hearing For The Final Consideration And Approval Of The Settlement Agreement And (4) Finally Approving The Settlement Agreement (Doc. 42).

    DATED this 30th day of June, 2022.

                                          Respectfully submitted,

                                          */s/ Brandon J. Hill*

                                          **WENZEL FENTON CABASSA, P.A.**
                                          **Brandon J. Hill**
                                          **Florida Bar Number: 37061**
                                          **Direct No.: 813-337-7992**

**LUIS A. CABASSA**
**Florida Bar Number: 053643**
**Direct No.: 813-379-2565**
**1110 North Florida Ave., Suite 300**
**Tampa, Florida 33602**
**Main No.: 813-224-0431**
**Facsimile: 813-229-8712**
**Email: lcabassa@wfclaw.com**
**Email: bhill@wfclaw.com**


**THE GARDNER FIRM, PC**
Mary E. Olsen (OLSEM4818) (phv granted)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181


**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
100 Church Street, 8th Floor
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

*Attorneys For The Class Representative And The Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of July, 2022, I caused a true and correct copy of the foregoing document to be filed with the Court using the Clerk's CM/ECF system, which will then send a notice of electronic filing to all Counsel of Record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**