UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YOLANDA TURNER,**

      **Plaintiff,**

v.     Case No. 6:21-cv-161-CEM-DAB

**ROSEN HOTELS AND RESORTS, INC.,**

      **Defendant.**

                                /

**ORDER**

THIS CAUSE is before the Court on Class Counsel's Unopposed Motion for Approval of Class Counsel's Fees, Class Counsel's Expenses, and the General Release Payment ("Motion," Doc. 52). The United States Magistrate Judge issued a Report and Recommendation (Doc. 60), recommending that the Motion be granted. (*Id.* at 1, 21). The parties filed a Joint Notice of Non-Objection (Doc. 61), indicating that they have no objections to the Report and Recommendation. (*Id.* at 1). Additionally, the parties have filed a Joint Motion for Status Conference Regarding Settlement (Doc. 62), requesting a status conference "to ensure the Court has all information it needs to make a decision concerning final approval of the Parties' class action settlement." (*Id.* at 3).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of Non-Objection, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 60) is **ADOPTED** and made a part of this Order.

2. Class Counsel's Unopposed Motion for Approval of Class Counsel's Fees, Class Counsel's Expenses, and the General Release Payment (Doc. 52) is **GRANTED**.[1]

    a. Robie Lyn Crockett's Objection (Doc. 55-1) to the Settlement Agreement is **OVERRULED**.

    b. Attorney's fees of $766,666.67 and expenses of $91,824.29 to Class Counsel—the law firms of Lankenau & Miller, LLP, The Gardner Firm, P.C., and Wenzel Fenton & Cabassa, P.A.—as identified in the Settlement Agreement (Doc. 43-1) are **APPROVED** as reasonable.

3. The Joint Motion for Status Conference Regarding Settlement (Doc. 62) is **DENIED as moot**.

---

[1] The Motion's request for a general release payment of $7,500 was withdrawn. (Joint Resp., Doc. 54, at 1).

**DONE** and **ORDERED** in Orlando, Florida on March 2, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record